1  Joseph Y. Avrahamy, Esq., SBN: 150885
   LAW OFFICES OF JOSEPH Y. AVRAHAMY
2  16530 Ventura Boulevard, Suite 208
   Encino, California 91436
3  PH. (818) 990-1757
   FAX: (818) 990-1955
4  Email: avrahamylaw@sbcglobal.net

5  Attorneys for Plaintiff Dayo  Olufade

6

7

8

9              **UNITED STATES DISTRICT COURT**

10            **CENTRAL DISTRICT OF CALIFORNIA**

11                **WESTERN DIVISION**

12

13 DAYO OLUFADE,                          Case No.:  CV-12-09269-BRO
                                          (MANx)
14              Plaintiff,
                                          Assigned to Judge Beverly Reid
15 vs.                                    O'Connell

16
   LOS ANGELES POLICE                     **JUDGMENT ON SPECIAL**
17 DEPARTMENT (LAPD)OFFICER               **VERDICT**
   ULMER; LOS ANGELES POLICE
18 DEPARTMENT OFFICER TIMMONS;
   and DOES 1 through 10, Inclusive,
19
20              Defendants.

21

22

23         This action came on regularly for trial on February 12, 2014, in Courtroom 14,

24 of the United States District Court, Central District of California before the

25 Honorable Beverly Reid O'Connell presiding; the Plaintiff appearing by attorney

26 Joseph Y. Avrahamy, and the Defendants appearing by attorneys Michael R.

27 Amerian.

28

                                      -1-

                          Judgment on Special Verdict

1       A jury of 7 persons was regularly impaneled and sworn.  Witnesses were
2  sworn and testified.  After hearing the evidence and arguments of counsel, the jury
3  was duly instructed by the Court and the cause was submitted to the jury with
4  directions to return a verdict on special issues.  The jury deliberated and thereafter
5  returned into court with its verdict consisting of the issues submitted to the jury and
6  the answers given thereto by the jury, with said  verdict was in words and figures as
7  follows, to-wit:

8
## VERDICT
9     1.    Has Plaintiff Dayo Olufade proven by a preponderance of the
10           evidence that any of the following Defendants violated his Fourth
11           Amendment Constitutional Rights by unlawfully arresting him?
12

13           OFFICER TIMMONS    Yes ____X____No _____
14           OFFICER ULMER      Yes _____No _____X_____
15              VOTE:     YES  7-0
16           If you answered "No" as to each of the Defendants, please skip the
17           remaining questions and sign and date the Special Verdict Form.
18           If you answered "Yes" as to any Defendant, proceed to Question No
19           2.
20

21     2.    If you answered "Yes" to Question No. 1, do you find that Plaintiff
22           Dayo Olufade has proven by a preponderance of the evidence that the
23           Defendants' conduct caused injury to him?
24

25           OFFICER TIMMONS    Yes ____X____No _____
26           OFFICER ULMER      Yes _____No _____X_____
27              VOTE:     YES  7-0
28

-2-

If you answered "No" as to each of the Defendants, please skip the remaining questions and sign and date the Special Verdict Form. If you answered "Yes" as to any Defendant, proceed to Question No 3.

3.   What is the total amount of damages that you find Plaintiff Dayo Olufade has proven by a preponderance of the evidence?

$ __10,000.00__

VOTE:      YES  7-0

Please proceed to Question No. 4.

4.   Has Plaintiff Dayo Olufade proven by a preponderance of the evidence that any of the following Defendants acted with malice, oppression or reckless disregard of his rights?"

OFFICER TIMMONS     Yes _____ No _____X_____
OFFICER ULMER        Yes _____ No _____X_____
                VOTE:      YES  7-0

**NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

That Plaintiff Dayo Olufade takes $10,000.00 from Defendant Jared Timmons and nothing from Defendant Paul Ulmer.

**IT IS SO ORDERED.**

Dated:  March 12, 2014    _____

HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE

-3-

Judgment on Special Verdict